No. 10-627. City of New York, New York, Petitioner v. Permanent Mission of India to the United Nations, et al.

562 U.S. 1214, 131 S. Ct. 1553, 179 L. Ed. 2d 297, 2011 U.S. LEXIS 1454.

February 22, 2011. The Acting Solicitor General is invited to file briefs in this case expressing the views of the United States. Justice Kagan took no part in the consideration or decision of this petition.

No. 10-6576. Karl E. White, Petitioner v. G. Michael Green, et al.

562 U.S. 1214, 131 S. Ct. 1553, 179 L. Ed. 2d 297, 2011 U.S. LEXIS 1461.

February 22, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

No. 10-6987. Cynthia Holmes, Petitioner v. East Cooper Hospital, Inc., et al.

562 U.S. 1214, 131 S. Ct. 1554, 179 L. Ed. 2d 297, 2011 U.S. LEXIS 1350.

February 22, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

No. 10-7029. Thelma Williams, Jr., Petitioner v. Barbara Smallwood, et al.

562 U.S. 1214, 131 S. Ct. 1554, 179 L. Ed. 2d 297, 2011 U.S. LEXIS 1431.

February 22, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

No. 10-7137. Danny Ray Dunlap, Petitioner v. Michigan.

562 U.S. 1214, 131 S. Ct. 1554, 179 L. Ed. 2d 297, 2011 U.S. LEXIS 1496.

February 22, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

No. 10-7803. John S. Breen, et ux., Petitioner v. Zvi Guttman.

562 U.S. 1214, 131 S. Ct. 1554, 179 L. Ed. 2d 297, 2011 U.S. LEXIS 1318.

February 22, 2011. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners allowed until March 15, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 10-7851. Maurice Oparaji, Petitioner v. Atlantic Container Line, et al.

562 U.S. 1214, 131 S. Ct. 1554, 179 L. Ed. 2d 297, 2011 U.S. LEXIS 1456.

February 22, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 15, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Sotomayor took no part in the consideration or decision of this motion.